UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 18-01422-CBM (ASx) | Date | July 10, 2018 |
|---|---|---|---|
| Title | *Paul Rodriguez, et al. v. Jerry Brown, et al.* | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| V.R. Vallery | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Boies | Peiyin P. Li |

**Proceedings:** DEFENDANTS MOTION TO DISMISS THE COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF [57]

The case is called and counsel state their appearance. The Court and counsel confer. Following oral argument, the Court advises counsel that the matter is taken under submission. A written order will issue.

: <u>46</u>